UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SPOKANE,<br><br>    Plaintiff,<br><br>    v.<br><br>WORLD WIDE VIDEO OF WASHINGTON, INC.,<br><br>    Defendant.<br><br><u>now</u><br><br>CAWA Corp., a Delaware Corporation,<br><br>    Defendant. | NO. CV-10-314-RHW<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR SUBSTITUTION OF PARTY** |

Before the Court is Defendant's Motion for Substitution of Party (ECF No. 24). The motion was heard without oral argument and on an expedited basis.

Defendant informs the Court that the business that is the subject of this lawsuit and that was formerly owned and operated by World Wide Video of Washington, Inc., has been taken over by CAWA Corp., a Delaware Corporation. Defendant asks that CAWA Corp. be substituted as the Defendant in the above-captioned cause of action. Plaintiff does not object to the substitution (ECF No. 29).

///

///

**ORDER GRANTING DEFENDANT'S MOTION
FOR SUBSTITUTION OF PARTY**~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion for Substitution of Party (ECF No. 24) is **GRANTED**.

2. Defendant CAWA Corp. is substituted for World Wide Video of Washington, Inc., as the Defendant in this action.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and to furnish copies to counsel.

**DATED** this 25th day of May, 2011.

*s/Robert H. Whaley*

ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2010\World Wide Video\substitute.wpd

**ORDER GRANTING DEFENDANT'S MOTION FOR SUBSTITUTION OF PARTY~ 2**