UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SPOKANE, a municipal corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>CAWA CORP., a Delaware corporation aka WORLD WIDE VIDEO OF WASHINGTON, INC.,<br><br>        Defendant. | No. CV-10-0314-RHW<br><br>**ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE** |

Before the Court is a Stipulation to Entry of an Order of Dismissal with Prejudice. ECF No. 92. The parties indicate that all claims against each other regarding the City's Adult Entertainment Zoning Ordinances have been fully resolved pursuant to a written settlement agreement. *Id.* Accordingly, this Court grants the stipulation dismissing all remaining claims in this matter with prejudice.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulation to Entry of an Order of Dismissal with Prejudice, ECF No. 92, is **GRANTED**.

2. All remaining claims in this matter are dismissed with prejudice.

///

///

**ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE** * 1

q:\rhw\acivil\2010\cawa\ord.granting.stipulated.dismissal.docx

3. The parties shall bear their own costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel and close the file.

**DATED** this 1st day of October, 2014.

<u>s/Robert H. Whaley</u>
ROBERT H. WHALEY
Senior United States District Judge

**ORDER GRANTING STIPULATED
DISMISSAL WITH PREJUDICE** * 2

q:\rhw\acivil\2010\cawa\ord.granting.stipulated.dismissal.docx